| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE L. HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CABN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5045<br>FAX: (408) 535-5066 |
| 8 | Email: jeff.nedrow@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>ROBERTO CARLOS HERRERA,<br>　　　　Defendant. | CASE NO.: CR 5:15-MJ-70538-MAG<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Roberto Carlos Herrera without prejudice, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case against Roberto Carlos Herrera.

//

//

//

//

1

DATED: May 21, 2021                    Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney


_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

Leave is granted to the government to dismiss the complaint against Roberto Carlos Herrera. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

IT IS SO ORDERED.

Date: May 25, 2021

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge